THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Heriberto E.
 Clarke, Appellant.
 
 
 

Appeal From Charleston County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No.  2008-UP-632
 Submitted November 3, 2008  Filed
November 12, 2008  

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Jay E. Hodge,
 Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Heriberto E. Clarke appeals his convictions of
 distribution of cocaine and distribution of cocaine in the proximity of a
 school and concurrent sentences of fifteen and ten years, respectively.  Clarke
 argues the trial court erred by admitting a photograph identification into
 evidence when Clarke and his counsel never saw the photographs used in the
 identification process.    After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Clarkes appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.